AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED
2021 Jun-08 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:21-mj-1059-HNJ |
| | ) | |
| Dillon Colby Herrington | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-mj-00465 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | **Via Zoom (call-in information to be provided)** | Courtroom No.: | |
|---|---|---|---|
| | | Date and Time: | Friday, June 11, 2021 at 1:00 p.m. EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending (if applicable).

**DONE** this 8th day of June, 2021.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE